1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                            **SACRAMENTO DIVISION**

12 HAROLD L. FORTUNE,                )
                                     )
13      Plaintiff,                   )    CIVIL NO. 2:07-CV-01199-CMK
                                     )
14           v.                      )    STIPULATION AND ORDER TO EXTEND
                                     )    TIME
15 MICHAEL J. ASTRUE,                )
   Acting Commissioner of            )
16 Social Security,                  )
                                     )
17      Defendant.                   )
                                     )
18 _____ )

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

21 motion for summary judgment. Due to an extensive case load, training and previously scheduled leave,

22 counsel for Defendant needs additional time to respond to Plaintiff's brief. The current due date is

23 December 24, 2007. The new due date will be January 23, 2008.

24      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

25 ///

26 ///

27 ///

28 ///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | */s/ Tony Arjo* |
| Dated December 21, 2007, | _____ |
|   | Tony Arjo |
|   | (as authorized via telephone on December 21, 2007) |
|   | Attorney at Law |
|   |   |
|   | Attorney for Plaintiff |

| | |
|---|---|
| Dated December 21, 2007, | McGREGOR W. SCOTT |
|   | United States Attorney |
|   | LUCILLE GONZALES MEIS |
|   | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| By: |   |
|   | */s/ Elizabeth Firer* |
|   | _____ |
|   | Elizabeth Firer |
|   | Special Assistant U.S. Attorney |
|   |   |
|   | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 27, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE