McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| HAROLD L. FORTUNE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 2:07-CV-01199-CMK <br><br> STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's motion for summary judgment. Upon further review of the issues in this matter, the Commissioner needs additional time to consult with Agency components regarding the possibility of a voluntary remand. The current due date was January 23, 2008, the new due date will be February 22, 2008.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated January 25, 2008, | */s/ Tony Arjo* <br> _____ <br> Tony Arjo <br> (as authorized via telephone on January 25, 2008) <br> Attorney at Law |
|   | Attorney for Plaintiff |
| Dated January 25, 2008, | McGREGOR W. SCOTT <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| By: | /s/ *Elizabeth Firer* <br> _____ <br> Elizabeth Firer <br> Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

## **ORDER**

APPROVED AND SO ORDERED.

DATED: January 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2