McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| HAROLD L. FORTUNE,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-01199-CMK<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a final extension of time of 14 days to respond to Plaintiff's motion for summary judgment. The Commissioner is hoping to resolve this matter with a voluntary remand. However, due to an unusually heavy case load during the month of February including preparation for a Ninth Circuit oral argument and preparation of an appeal recommendation which involves very short and uncontrollable deadlines, the Commissioner needs a short and final extension of time in order to consult with the Agency component responsible for granting a voluntary remand. The current due date is February 22, 2008, the new due date will be March 7, 2008.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| Dated February 22, 2008, | */s/ Tony Arjo* |
|     | Tony Arjo |
|     | (as authorized via telephone on February 22, 2008) |
|     | Attorney at Law |
|     | Attorney for Plaintiff |
| Dated February 22, 2008, | McGREGOR W. SCOTT |
|     | United States Attorney |
|     | LUCILLE GONZALES MEIS |
|     | Regional Chief Counsel, Region IX |
|     | Social Security Administration |
| By: | */s/ Elizabeth Firer* |
|     | Elizabeth Firer |
|     | Special Assistant U.S. Attorney |
|     | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 22, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE