McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| HAROLD L. FORTUNE,         ) | |
|                         ) | CIVIL NO. 2:07-CV-01199-CMK |
|     Plaintiff,              ) | |
|                         ) | |
|       v.                  ) | STIPULATION AND ORDER OF |
|                         ) | VOLUNTARY REMAND AND DISMISSAL |
| MICHAEL J. ASTRUE,      ) | OF CASE, WITH DIRECTIONS TO CLERK |
| Commissioner of            ) | TO ENTER JUDGMENT |
| Social Security,             ) | |
|                         ) | |
|     Defendant.          ) | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for a further proceedings including a new hearing and decision.

      Upon remand, the administrative law judge (ALJ) will be directed to clarify the effect of the assessed limitations on Plaintiff's occupational base according to Social Security Rulings (SSRs) 83-12 and 83-14.  The ALJ must obtain vocational expert testimony.  The hypothetical questions presented to the vocational expert must accurately reflect Plaintiff's functional capacity and limitations as established by the record as a whole.  The ALJ must ask the vocational expert whether his or her testimony is consistent with the <u>Dictionary of Occupational Titles</u> and, if not, the ALJ must identify and resolve any

conflicts as directed by SSR 00-4p.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: March 5, 2008

/s/ *Tony Arjo*
(As authorized via email)
TONY ARJO
Attorney for Plaintiff

Dated: March 5, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: March 6, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE