McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD FORTUNE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-01199-CMK<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of THREE THOUSAND, ONE HUNDRED AND TWENTY DOLLARS ($3,120.00), and THREE HUNDRED FIFTY-EIGHT ($358.00) in costs.  These amounts represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d), and all costs associated with the civil action, in accordance with 28 U.S.C. 28 U.S.C. § 2414 and 31 U.S.C. § 1304.

    This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: April 29, 2008          /s/ *Tony Arjo*
                               (*As authorized via telephone on April 29, 2008*)

                               TONY ARJO
                               1440 Broadway, Suite 1019
                               Oakland, CA 94612

                               Attorney for Plaintiff


                               McGREGOR W. SCOTT
                               United States Attorney

Dated: April 29, 2008   By:    /s/ *Elizabeth Firer*
                               ELIZABETH FIRER
                               Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, as assignee, shall be awarded attorney fees in the amount of THREE THOUSAND, ONE HUNDRED AND TWENTY DOLLARS ($3,120.00), as authorized by 28 U.S.C. § 2412(d), and THREE HUNDRED FIFTY-EIGHT DOLLARS ($358.00) in costs, as authorized by 28 U.S.C. § 2414 and 31 U.S.C. § 1304 subject to the terms of the above-referenced Stipulation.


DATED: April 30, 2008

                                         _____
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE

2